


Date: February 4, 2022

Re: Scott Cascone

To Whom It May Concern:

Please accept this letter as verification of Scott Cascone's progress in the Charleston Center's Alcohol and Drug Program located inside the Sheriff Al Cannon Detention Center in Charleston, South Carolina. He met the requirements for completion of the program entirely and has officially transitioned out of the program into another unit in the detention center. This letter serves as an addendum to his previous letters of progress as a final portrayal of his time in treatment.

Mr. Cascone became my patient in February of 2020, however he actually entered the program on November 14, 2018. He proved himself to be motivated and focused on positive changes throughout his time in treatment. He invested in peers where he practiced giving and receiving encouragement, support, and recommendations. Since he was well oriented to the program, he was able to present himself as a resource for others to gain insight, knowledge, and feedback. He was a solid support for his peers as well as an image of hope and commitment for those who are serious about their recovery and transformation. He was accountable in his attendance and participation of services in both large and small group settings. As his knowledge grew about substance use disorders and other addictive behaviors, he recognized his own reasons for change and the importance of being aware of triggers and high-risk situations. He developed an expansive list of coping skills he can practice in recovery that can help him abide by future goals he set for himself. He presented his objectives as outlined on his treatment plan and grew in his ability to openly receive feedback from peers and his counselor. Mr. Cascone indicates that he is willing to pursue continued supportive services for substance use along with services for other areas of his life he would like to work through.

The goals Mr. Cascone worked through during his time in the program include identifying his personal triggers, developing healthy coping skills, growing a deeper relationship with his Higher Power, understanding how he can build more patience for others, expanding his ability to meditate, developing radical acceptance for consequences and loss he has experienced, learning how to be more considerate of others, accepting weakness in order to grow in positive ways, overcoming patterns of self-sabotage, focusing on the present, relapse prevention, and growing in confidence. Mr. Cascone presented plans for recovery that will set him up for success which include rebuilding relationships with his family, continuing treatment for substance use and mental health, following his overall wellness plan, and continuing his education. He was honest about the difficulty of transitioning out of the program, but he maintained a positive attitude and showed a commitment to continue growing in his recovery.

Upon his release, Mr. Cascone is encouraged to continue treatment for his substance use disorder. If you have any further questions, please contact (843) 529-7356 x2.

Sincerely,

Jessica Rabon, MA, ADC-IP
Clinical Counselor II
PIER Program

---

**Department of Alcohol and Other Drug Abuse Services**

Chanda F. Brown, Ph.D, LMSW, Director
John E. Emmel, II, MD, Medical Director

5 Charleston Center Drive • Charleston, SC 29401
(843) 958-3300 ph • (843) 958-3498 fax



**Charleston Center**
A division of Charleston County Government
*Renewing Hope, Strengthening Lives*

Date: January 23, 2020

Re: Scott Cascone

To Whom It May Concern:

Please accept this letter as verification that Scott Cascone has successfully completed Charleston Center's Alcohol and Drug Program located inside the Sheriff Al Cannon Detention Center in Charleston, South Carolina. Mr. Cascone began the PIER program on 11/13/2018. The program is designed to assist Persons Incarcerated Entering Recovery (PIER). The inmates are housed in a single unit within the facility and practice the therapeutic community model. The male PIER clients receive services 5 times per week which consist of Process Group, Treatment Objective Presentation Group, and Education class. The program aims to educate clients about recovery skills and tools to decrease recidivism and prevent returning to substance use. Generally, the length of stay in the program averages 12-16 weeks. Mr. Cascone has been accountable in his attendance and participation in services. Although he has met the requirements for completion from the program, Mr. Cascone has elected to remain in services and continue to better himself.

Mr. Cascone has been one of the most driven and determined individuals I have encountered during my time with the PIER program. He has continued to demonstrate his ability and desire to lead others since the day he arrived on the unit. He has volunteered for numerous positions within the program, including being a volunteer for our newest patients. That role allowed him to spend time getting to know and investing in other patients and I have witnessed how that willingness to seek out people has allotted him high regard among his peers. Often times, I will encourage new patients to seek out Mr. Cascone if they are confused or unsure of the program or what is expected of them. His peers seem to value his opinion and his ability to be trusted in the program, despite the environment they are in.

Throughout his treatment, Mr. Cascone has been a strong advocate for himself and his recovery, knowing what his setbacks are and requesting more information to gain a better understanding of them. At the same time, he has been willing to accept challenges given by me in order to reach a deeper level of some of the reasons behind his substance use. Mr. Cascone has not hesitated to ask for help from others, including myself. He has sought out individual sessions to process through objectives that he worked on, trying to get a better understanding of how to apply the information to his life but also to reflect what he is learning. Mr. Cascone has presented plans for his recovery that I believe will set him up for success, to include continuing his education, focus on his family and rebuilding the relationships with his dad and brothers, seek additional treatment for his addictions as well as taking care of his mental health. I believe that Mr. Cascone can be successful in recovery, if he continues to focus on the steps in front of him and not getting overwhelmed by things going on around him.

Upon his release, Mr. Cascone is encouraged to continue treatment for his substance use disorder. If you have any further questions, please reach out at (843) 529-7356 x5.

Sincerely,

Nerissa Hardin, MA, CACP
Clinical Counselor

---

**Department of Alcohol and Other Drug Abuse Services**

Chanda F. Funcell, Ph.D, LMSW, Director
John E. Emmel, II, MD, Medical Director

5 Charleston Center Drive • Charleston, SC 29401
(843) 958-3300 ph • (843) 958-3498 fax

# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

# SCOTT CASCONE

Has successfully completed the PIER Program through
Charleston Center

FEBRUARY 14, 2019

_J. Cook_
Program Administrator


Charleston Center
A division of Charleston County Government
*Renewing Hope, Strengthening Lives*

_Graham_
Counselor